UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JODY HARSHMAN, a single person,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STAR WEST SATTELITE, INC., a Montana Corporation, duly licensed to do business in Washington State,<br><br>　　　　　Defendant. | NO. CV-08-5004-EFS<br><br>**ORDER OF STIPULATED DISMISSAL AND CLOSING FILE** |

　　　By Stipulation filed April 9, 2009 (Ct. Rec. 16), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41.

　　　Therefore, **IT IS ORDERED**:

　　　1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** awarded to any party;

　　　2. All pending trial and hearing dates are stricken;

　　　3. All pending motions are denied as moot; and

　　　4. This file shall be closed.

ORDER * 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this 10th day of April 2009.

                                        S/ Edward F. Shea
                                            EDWARD F. SHEA
                                     United States District Judge

Q:\Civil\2008\5004.stip.dism.wpd

ORDER * 2